1 | Max H. Stern (SBN 154424)
2 | Jessica E. La Londe (SBN 235744)
  | **DUANE MORRIS LLP**
3 | Spear Tower
  | One Market Plaza, Suite 2200
4 | San Francisco, CA 94105-1127
  | Telephone: +1 415 957 3000
5 | Fax: +1 415 957 3001
  | E-mail: mhstern@duanemorris.com
6 | jelalonde@duanemorris.com

Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| INNOVATIVE ARTISTS TALENT & LITERARY AGENCY, INC., a California corporation, | Case No.: 2:19-CV-02447-DMG-SS |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| INDIAN HARBOR INSURANCE COMPANY, a Delaware limited liability company; and DOES 1 through 10, | Complaint Filed: February 5, 2019 |
| Defendants. | |

# CERTIFICATE OF SERVICE

*Innovative Artists Talent & Literary Agency, Inc. v. Indian Harbor Insurance Company, et al.*
U.S.D.C. – C.D. of California Case No. 2:19-CV-02447-DMG-SS

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. I am an employee of Duane Morris LLP and my business address is Spear Tower, One Market Plaza, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**CERTIFICATE OF SERVICE**

| __X__ | BY U.S. MAIL: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid. OR ☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. | |
|---|---|---|
| Kirk Pasich<br>Nathan M. Davis<br>PASICH LLP<br>1100 Glendon Avenue, Suite 1000<br>Los Angeles, CA 90024-3503<br>Tel.: 424.313.7860<br>Fax: 424.313.7890<br>Email: kpasich@pasichllp.com<br>        ndavis@pasichllp.com | | Attorneys for Plaintiff<br>INNOVATIVE ARTISTS TALENT &<br>LITERARY AGENCY, INC. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 2, 2019

*Trina C. Morgan*
Trina C. Morgan